John Lunsford, Appellant, v. Arthur F. Houts & Co., Inc., Respondent.— Order unanimously modified by fixing the date of inspection for September 28, 1938, at two P. M., and as so modified affirmed, without costs. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Proceedings Supplementary to Judgment: Jacob B. Okonowitz, Judgment Creditor, Respondent, v. Simon Albert, Judgment Debtor, and Jacob Rappaport, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Proceedings Supplementary to Judgment: Harriet W. Truax, Judgment Creditor, Respondent, v. Earle G. Truax, Judgment Debtor, Appellant.— Order unanimously modified by directing the judgment debtor to pay seventy-five dollars semi-monthly, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

Josephine Eleanor Bemid, Appellant, v. Joseph Benedict Bemid, Respondent. — Order unanimously affirmed. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

The Greenwich Savings Bank, Appellant, v. Isidor Weisbader and Others, Defendants, Impleaded with David Rothschild and Henrietta Rothschild, Respondents.—Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse and remit matter to official referee to take proof of value and report.

In the Matter of the Application of Ronald E. Curtis, Appellant, for an Order against Archibald R. Watson, Clerk of the County of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ. [168 Misc. 246.]

Alfred J. Talley, Respondent, v. New York Post, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore and Cohn, JJ.

Industrial Cold Storage and Warehouse Company, Appellant, v. Alex Grossmann & Co., Inc., Respondent, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse.